

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
JUDGES

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1600

December 5, 2018

District Attorney Smith County
Matt Bingham
100 N. Broadway
Tyler, Tx 75702
* Delivered Via E-Mail *

Gregory  Dewayne Tennyson
Stiles Unit - Tdc # 2118796
3060 Fm 3514
Beaumont, Tx 77705

**Re:** Tennyson, Gregory Dewayne
**CCA No.** PD-0304-18
**Trial Court Case No.** 241-0030-16

**COA No.** 12-16-00225-CR

A dissenting opinion has issued in the above styled case.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:    12th Court Of Appeals Clerk (Delivered Via E-Mail)
       State Prosecuting Attorney (Delivered Via E-Mail)